IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WARD CHRYSLER CENTER, INC.,
Plaintiff,

v.

Case No. 19–CV–00947–JPG

NEW YORK MARINE AND GENERAL
INSURANCE COMPANY,
Defendant.

# **JUDGMENT**

This matter having come before the Court, and the Court having granted Plaintiff Ward Chrysler Center, Inc.'s request for voluntary dismissal with leave to refile,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Complaint against Defendant New York Marine and General Insurance Company is **DISMISSED WITHOUT PREJUDICE**.

| | |
|---|---|
| Dated: February 12, 2020 | MARGARET M. ROBERTIE<br>CLERK OF COURT |
| | s/Tina Gray, Deputy Clerk |
| Approved by: s/ J. Phil Gilbert<br>    U.S. District Judge | |